# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAIL UBAID-ALLAH, | Case No. ED CV 18-01540 MWF (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| UNITED STATES OF AMERICA, et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that Respondent's Motion to Dismiss is granted, and this action is dismissed without prejudice.

DATED: February 27, 2019

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE